UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
XUJIANG LIU,

                Plaintiff(s)

    -against-

SECRETARY ALEJANDRO MAYORKAS,
                Defendant(s).
-----------------------------------------------------------X

23 civ 7514 (JGK)

## ORDER

The defendants' answer is due January 3, 2024,

The conference scheduled for December 12, 2023 is canceled.

**SO ORDERED.**

                                              **JOHN G. KOELTL**
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        December 6, 2023